# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida
__Panama City__ Division

WILLIAM DAVID ZIALE, JR.

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Corrections Officer/Unit Manager D. LEE
Corrections Sergeant GRUBBS
MANAGEMENT & TRAINING CORPORATION (MTC)

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 5:23cv190 TKW/MJF
*(to be filled in by the Clerk's Office)*

FILED
2023 JUN -8 PM 3:01
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

JUL 17 28 PM8:50
FILED USDC FLND CH

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: WILLIAM DAVID ZALE, JUNIOR
All other names by which you have been known: Billy
ID Number: V30940
Current Institution: Lake Butler CI - Main
Address: P.O. Box 628 7765 S CR 231
Lake Butler, FL 32054

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: D. LEE
Job or Title (if known): Unit Manager & Corrections Officer
Shield Number: Unknown
Employer: Management & Training Corporation (MTC)
Address: Graceville Correctional Facility, 5168 Ezell Rd.
Graceville, FL 32440
[X] Individual capacity  [X] Official capacity

Defendant No. 2
Name: GRUBBS
Job or Title (if known): Sergeant (Correctional Officer)
Shield Number: Unknown
Employer: Management & Training Corporation (MTC)
Address: Graceville C.F. 5168 Ezell Rd.
Graceville, FL 32440
[X] Individual capacity  [X] Official capacity

Page 2 of 11

Defendant No. 3
  Name: MANAGEMENT & TRAINING CORPORATION (MTC)
  Job or Title (if known):
  Shield Number: N/A
  Employer: UNKNOWN
  Address: UNKNOWN
  City / State / Zip Code
  [X] Individual capacity   [X] Official capacity

Defendant No. 4
  Name:
  Job or Title (if known):
  Shield Number:
  Employer:
  Address:
  City / State / Zip Code
  [ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [ ] Federal officials (a *Bivens* claim)

   [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Both officers while engaged in their official duties acted with the purpose of causing an offensive or harmful contact; the actual and intentional touching or striking of my person against my will causing major bodily damage. And my right to be free of excessive force Lee and Grubbs both maliciously & sadistically for the very purpose of causing harm acted with a sufficiently culpable state of mind, and the wrongdoing was a sactively harmful enough to constitute violations to the 8th and 14th Amendment to the U.S Constitution, as well as my guaranteed protections under the Constitution of the State of Florida, et al.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____ N/A _____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

At All times relevant to this Action Defendants were on duty Corrections Officers in Official Capacity in Full Attire & Uniform on the Compound At MTC-Graceville Corr. Facility, Graceville, FL

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____ N/A _____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

On Thursday, April 20, 2023   Inside the Unit Manager's office in Charlie Dorm At: MTC-Graceville Correctional Facility, Graceville, FL 32440

Page 4 of 11

C. What date and approximate time did the events giving rise to your claim(s) occur?

On Thursday, 20th April, 2023 - Between 1400 & 1500 hrs

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

On 04/20/2023, inside the Unit Manager's office located in Charlie dorm at Graceville Correctional Facility in Graceville, FL. Having already been secured in handcuffs behind my back, Sergeant Grubbs and Y-dorm Unit Manager D. Lee, both with closed fists, struck me several times each on my face and head. They then pushed me up against the wall, and on a small shelf, then Lee and Sgt. Grubbs both had hands on both my arms (still cuffed behind my back) they simultaneously shoved me towards the ground where my head & face broke my fall, splitting my forehead wide open and causing me to lose consciousness

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

A more than two (2) inch long laceration on my forehead that required six (6) sutures and glue to close by Doctor Scoggins, MD. Two black eyes, contusions on my head, bruises on my neck and torso. The Doctor advised that I had a "minor concussion", places me on "Head Injury Protocol" w/a clear liquid diet. Weeks later, I'm still suffering from double vision, vertigo, splitting bad headaches, dizzy spells, and sharp shooting nerve pains that start above the scar and radiate towards the top of my head all causing me balance & vision problems that I've never had before.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking $50,000.00 for my pain & suffering, permanent disfigurement for the 2½ inch long, ugly scar across my forehead (the only scar on my entire face), brain damage from being knocked unconscious and suffering a concussion. Symptoms that I'm experiencing now that I never had before such as: dizziness, double vision, vertigo, that's causing me vision & balance problems affecting my everyday life, along with sharp, shooting nerve pains around the scar and bad, sharp, paralyzing headaches, of which I've never had before.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Management & Training Corporation - Graceville Correctional Facility, Graceville, FL

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes
☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

I Filed An Informal Grievance At Graceville, On the Same date of the incident to Warden Middlebrooks Along With Inmate Requests, then A Formal Emergent Grievance

2. What did you claim in your grievance?

(in extensive detail)

That I was brutally Assaulted by his Officers While in Cuffs for NO Reason And I Filed Requests, And both Informal And Emergent Formal Grievances stating What they did to me (Lee & Grubbs)

3. What was the result, if any?

"That Copies were made And that they were distributed to the Warden, OIG And That My Allegations were reported to the OIG (Office of Inspector General) And Also to the Investigator At Graceville, Miss Martinez, whom Interviewed me And took Photos of my Injuries

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I Was Advised that the OIG from Tallahassee would be Interviewing me Personally. But I did File An Appeal Anyhow, And over A Month Later Still received No Response, And Still have Not Seen or heard From the OIG

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

      N/A

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

      N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   I submitted Multiple requests And An Informal Grievance Pertaining to this Matter But Only received A response to the Emergent Formal Grievance After over A Month. The response on My Emergent Formal Grievance Of Sensitive Nature stated that Photocopies Were Made And forwarded to the OIG in Tallahassee, And Also to the Investigator At Graceville, Gloria Martinez, Of Whom interviewed me & took Photos Of My Scars & Bruises

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) N/A
   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?
   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition. N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit
       Plaintiff(s) _____ N/A _____
       Defendant(s) _____ N/A _____

    2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____ N/A _____

    3. Docket or index number

    _____ N/A _____

    4. Name of Judge assigned to your case

    _____ N/A _____

    5. Approximate date of filing lawsuit

    _____ N/A _____

    6. Is the case still pending?

    ☐ Yes
    ☒ No

    If no, give the approximate date of disposition _____ N/A _____

    7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____ N/A _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2 June 2023

Signature of Plaintiff: /s/

Printed Name of Plaintiff: WILLIAM DAVID ZALE, JUNIOR

Prison Identification #: V-30940

Prison Address: Lake Butler P.O. Box 608 S.CB 231 #765
Lake Butler, FL 32054

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
         City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

William D. Zale, Jr  DC#V-30940
RMC - Main Unit P.O. Box 628
7765 S. CR 231
Lake Butler, FL 32054

LEGAL MAIL

MAILED FROM A STATE CORRECTIONAL INSTITUTION



US POSTAGE
ZIP 32054 $002.31
0000369996 JUL 13 2023

HECKED  JUL 17 2023

United States District Court
Office of the Clerk
United States Courthouse
401 S.E. First Ave. Ste. 322
Gainesville, FL
32601

